No. 05-7828. MATHISON ET UX. v. SWENSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 05-7831. PRAWIRA v. GONZALES, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 05-7893. GURLEY v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 05-7933. OCHOA v. GONZALES, ATTORNEY GENERAL. C. A. 8th Cir. Certiorari denied.

No. 05-7938. JEFFREY v. COMMISSIONER OF SOCIAL SECURITY. C. A. 6th Cir. Certiorari denied.

No. 05-7941. WHITAKER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 05-7970. SHMELEV v. DINGLE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 05-8011. ROMAN v. CAMPBELL, SUPERINTENDENT, ALBANY COUNTY CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 05-8076. CARSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05-8082. SACCOCCIA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05-8097. JACOB v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05-8099. HINNANT v. MERRITT ET AL. C. A. D. C. Cir. Certiorari denied.

No. 05-8106. PAGE v. KLEM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY. C. A. 3d Cir. Certiorari denied.

No. 05-8107. LOVE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05-8109. WASHINGTON v. MINNESOTA. Ct. App. Minn. Certiorari denied.